SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-06222MB

☒ FILED   ☐ LODGED

**Sep 06 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/31/2022 | 9/6/2022 @ 9:09 AM | BPA-I Matthew Gibbs Tucson Sector BP DFU |

**INVENTORY MADE IN THE PRESENCE OF**

BPA-I Matthew Gibbs

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Due to the Target phone being locked at the time of seizure and warrant execution, the extraction process will take an extended period of time.

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 9/6/2022

_____
Executing Officer's Signature

Tiffany Anders Border Patrol Intelligence Agent
Printed Name and Title